IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOUND VIEW INNOVATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1388-RGA |
| | ) |
| FMR, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiff Sound View Innovations, LLC ("Plaintiff") and Defendants FMR, LLC and Fidelity Brokerage Services LLC ("Fidelity") announced to the Court that they have resolved Plaintiff's claims for relief against Fidelity asserted in this case.

IT IS THEREFORE ORDERED that all claims and defenses for relief in this action are dismissed with prejudice. IT IS FURTHER ORDERED that each party is to bear its own attorneys' fees, costs and expenses.

SO ORDERED, this 27 day of Feb, 2018

_Richard G. Andrews_
THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE