AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>17cv1388-RGA | DATE FILED<br>10/3/2017 | U.S. DISTRICT COURT<br>Delaware |
|---|---|---|
| PLAINTIFF<br>Sound View Innovations, LLC | | DEFENDANT<br>FMR, LLC and Fidelity Brokerage Services, LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,806,062 | 9/8/1998 | Sound View Innovations, LLC |
| 2 | 6,112,279 | 8/29/2000 | Sound View Innovations, LLC |
| 3 | 6,125,371 | 9/26/2000 | Sound View Innovations, LLC |
| 4 | 6,502,133 | 12/31/2002 | Sound View Innovations, LLC |
| 5 | 6,912,645 | 6/28/2005 | Sound View Innovations, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

See attached order

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK<br>N. Selmy | DATE<br>2/28/2018 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy